**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 02-20070CR-MOORE

CASE NO. _____

MAGISTRATE JUDGE
O'SULLIVAN

42 U.S.C. 408(a)(7)(B)
20 U.S.C. 1097(a)
18 U.S.C. 1028(a)(4)
18 U.S.C. 911
18 U.S.C. 611

UNITED STATES OF AMERICA

v.

VANDAMME V. JEANTY

_____/

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

On or about August 16, 2000, in Miami-Dade County, in the Southern District of Florida

and elsewhere, the defendant,

**VANDAMME V. JEANTY,**

for the purpose of obtaining for himself any payment and other benefit to which he is not entitled,

and with the intent to deceive, falsely represented a number to be the social security account

number assigned by the Commissioner of Social Security to him, that is, social security number

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, when in fact such number is not the social security number assigned by the

Commissioner of Social Security to him; in violation of Title 42, United States Code, Section

408(a)(7)(B).

## COUNT 2 - 11

On or about the dates set forth below, in Miami-Dade County, in the Southern District of

Florida and elsewhere, the defendant,

## VANDAMME V. JEANTY,

did knowingly and willfully obtain by fraud, false statement, and forgery, funds, assets, and

property of a value greater than $200, provided and insured under subchapter IV of Chapter 28 of

Title 20, United States Code, that is, federal student assistance loans, in the types and amounts as

set forth below:

| Count | Date of Loan | Type of Loan | Amount Disbursed |
|-------|--------------|--------------|------------------|
| 2 | 8/23/00 | Perkins Loan | $400 |
| 3 | 8/26/00 | Stafford Loan | $3500 |
| 4 | 1/11/01 | Stafford Loan | $2000 |
| 5 | 1/31/01 | Stafford Loan | $4398 |
| 6 | 4/17/01 | Stafford Loan | $2500 |
| 7 | 4/17/01 | Stafford Loan | $2750 |
| 8 | 8/2/01 | Stafford Loan | $2750 |
| 9 | 9/20/01 | Stafford Loan | $2750 |
| 10 | 1/19/01 | Pell Grant | $3300 |
| 11 | 9/28/01 | Pell Grant | $1875 |

All in violation of Title 20, United States Code, Section 1097(a).

## COUNT 12

On or about August 16, 2000, in Miami-Dade County, in the Southern District of

Florida and elsewhere, the defendant,

**VANDAMME V. JEANTY,**

did knowingly possess a false identification document, that is, a false State of Florida birth

certificate bearing number 109-78-145189, with the intent that such false identification document

be used to defraud the United States; in violation of Title 18, United States Code, Section 1028

(a)(4).

## COUNT 13

On or about August 16, 2000, in Miami-Dade County, in the Southern District of Florida

and elsewhere, the defendant,

**VANDAMME V. JEANTY,**

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he

caused a false birth certificate from the State of Florida to be presented to the University of

Miami claiming this to be his own birth certificate, in an attempt to induce and secure federal

student assistance loans; in violation of Title 18, United States Code, Section 911.

## COUNT 14

On or about November 7, 2000, in Miami-Dade County, in the Southern District of

Florida and elsewhere, the defendant,

**VANDAMME V. JEANTY,**

an alien, knowingly and unlawfully voted in an election held in part for the purpose of electing a

candidate for the office of President, Vice President, Presidential elector, Member of the Senate,

and Member of the House of Representatives; in violation of Title 18, United States Code,

Section 611.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
NANCY LANGSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

VANDAMME V. JEANTY`                 /

CASE NO. 02 - 20070 CR-MOORE

CERTIFICATE OF TRIAL ATTORNEY*

MAGISTRATE JUDGE
O'SULLIVAN

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)          Yes ____    No ____
Number of New Defendants  ____
Total number of counts    ____

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    _No_____
   List language and/or dialect   _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   I    0 to 5 days      _X_          Petty       ____
   II   6 to 10 days     ____         Minor       ____
   III  11 to 20 days    ____         Misdem.     ____
   IV   21 to 60 days    ____         Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _No_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) ____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

NANCY LANGSTON
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500437

*Penalty Sheet(s) attached

REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
<u>PENALTY SHEET</u>

02 - 20070 CR-MOORE

Defendant's Name: **<u>VANDAMME V. JEANTY</u>**          Case No.: _____

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 1      42 USC 408(a)(7)(B)

<u>Using social security card of another person</u>

*Max. Penalty:5 years imprisonment

Counts #: 2-11    20 USC 1097(a)

Educational loan fraud

*Max. Penalty:   5 years imprisonment

Count #: 12      18 USC 1028(4)

<u>Possession of Identification and false identification document to defraud the United States</u>

*Max. Penalty: 15 years imprisonment

Count #: 13      18 USC 911

<u>False claim to United States citizenship</u>

*Max. Penalty: 3 years imprisonment

Count #: 14      18 USC 611

Alien voting in federal election

*Max. Penalty: 1 year imprisonment

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

No. 02-20070 CR-MOORE

# UNITED STATES DISTRICT COURT

MAGISTRATE JUDGE
O'SULLIVAN

SOUTHERN_____ District of _FLORIDA_____

_____ Division

## THE UNITED STATES OF AMERICA

*vs.*

VANDAMME V. JEANTY

## INDICTMENT

In violation of 42 USC 408(a)(7)(B), 20 USC 1097(a),
18 USC 1028(4), 18 USC 911 and 18 USC 611

*A true bill.*

FGS 00-03(MIA)                                    Foreman

*Filed in open court this _____ day,*

*of _January_____ A.D.2002_____*

1/25/02                                           Clerk

*Bail, $ _____*