# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

**UNITED STATES OF AMERICA**

V.

**VANDAMME V. JEANTY**

## WARRANT FOR ARREST

CASE NUMBER:

**02-20070CR-MOORE**

MAGISTRATE JUDGE
O'SULLIVAN

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __VANDAMME V. JEANTY__

and bring him or her forthwith to the nearest magistrate to answer a(n)

FILED by
MAG. S. Name

JAN 25 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

false representation of social security account number, fraudulently obtaining federal student loans, possession of false identification and alien voting in federal election.

in violation of Title __42__ United States Code, Section(s) __408(a)(7)(B)__
__20__ __1097(a)__
__18__ __1028(4), 911 and 611__

MAGISTRATE JUDGE
SIMONTON

**ANDREA M. SIMONTON**
Name of Issuing Officer

_Andrea M. Simonton_
Signature of Issuing Officer

Bail fixed at $ _To be set at arrest_

__United States Magistrate Judge__
Title of Issuing Officer

__Miami, Florida__ , _01/25/02_
Date and Location

by __ANDREA M. SIMONTON__
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

BOND RECOMMENDATION

DEFENDANT  VANDAMME V. JEANTY

$   30,000 10% Bond with Nebbia   (Surety, Recognizance, Corp. Surety, Cash)
                              (Jail) (On Bond) (Warrant) (Summons)
                              (Marshal's Custody)


NANCY LANGSTON
ASSISTANT UNITED STATES ATTORNEY


Last Known Address 760 - 131St NW Street, Miami, Florida

What Facility

Agent Moraima R. Ryskind, U.S. Department of Education
          (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)


AO 8 (Rev. 3/89)
Bond Recommendation