FILED D.O.
MAG. SEC.

JAN 29 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

02-20070CR

68235004

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ]
Plaintiff ]
    -vs-

VANDAMME JEANTY Task Name ]
Defendant ]

CASE NUMBER: CR 02-040904

REPORT COMMENCING CRIMINAL
ACTION

02-0070

USMS Number

*********************************************************************

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
     U.S. DISTRICT COURT      (circle one)

NOTE:   CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.
*********************************************************************
COMPLETE ALL ITEMS.   INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 1/28/02    AM ___ PM 1:15 PM

(2)   LANGUAGE SPOKEN: ENGLISH / CREOLE

(3)   OFFENSE(S) CHARGED: 42 USC 408 (a) (7) B
20 USC 1097 (a)    18 USC 1028 (4), 911, 571

(4)   UNITED STATES CITIZEN: ( ) YES (X) NO ( ) UNKNOWN

(5)   DATE OF BIRTH: 10/22/78

(6)   TYPE OF CHARGING DOCUMENT: (check one)
[X] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
     CASE # 02-20070
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PROBATION VIOLATION WARRANT
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $ 30,000 00 w/Nebia WHO SET BOND? LANISTNG

(7)   REMARKS:

(8)   DATE: 1/28/02    ARRESTING OFFICER: Moraima Ryskind

(10) AGENCY: US Education IG (11) PHONE: 954-356-7037

(12) COMMENTS: _____