UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
                  Plaintiff, )
                                 )
vs.                            )      CASE NO.  02-20070-CR-MOORE
                                 )
VANDAMME V. JEANTY,     )
                Defendant. )
_____)

## MOTION TO CONTINUE
## JURY TRIAL
## AND WAIVER OF SPEEDY TRIAL

Vandamme Jeanty, by and through his undersigned counsel, hereby moves this Honorable Court to continue the jury trial in this case and as grounds therefore states:

1.     Defendant Jeanty was indicted on January 25, 2002. The indictment alleges 14 counts arising from alleged student loan and financial aid fraud.

2.     On February 6, 2002 the undersigned entered his notice of appearance in this case.

3.     On or about February 14, 2002 defense counsel received the discovery from the United States.

4.     The trial in this cause is presently scheduled to commence during the trial calender beginning on Monday February 25, 2002.

5.     It is not possible for Defense Counsel to properly prepare a defense in this case on or before February 25, 2002.

6.     The Defendant has been advised of his speedy trial rights and has decided to waive his speedy trial rights and ask for this continuance to have adequate time to prepare



for trial.

**WHEREFORE,** Defendant Vandamme Jeanty respectfully moves this Honorable

Court to continue the trial in this case for a period of 90 days.

Respectfully submitted,
DAVID M. GARVIN, P.A.
Attorney for Defendant
1200 Brickell Avenue
Suite 1480
Miami, Florida 33131
Tel: (305) 371-8101
Fax: (305) 371-8848

BY: _____
DAVID M. GARVIN
Florida Bar No. 347736

## CONSENT OF DEFENDANT

**I HEREBY CERTIFY** that I have read this motion for continuance and that I have

had an opportunity to discuss the same with my counsel. I have requested that my counsel

seek a continuance of my trial and I have waived my right to a speedy trial.

_____
VANDAMME V. JEANTY

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE

**I HEREBY CERTIFY** that I spoke with Nancy Langston, the AUSA assigned to this

case, concerning this motion and she had no objection.

_____
DAVID M. GARVIN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of this motion was hand

delivered this _20_ day of February, 2002, to:

> Nancy Langston, AUSA
> United States Attorneys Office
> 99 N.E. 4[th] Street
> 8[th] Floor
> Miami, Florida  33132

DAVID M. GARVIN