UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                Plaintiff,  )
                             )

vs.  )          **CASE NO.  02-20070-CR-MOORE**
                             )

VANDAMME V. JEANTY,  )
                Defendant.  )
_____ )

## OBJECTIONS OF VANDAMME V. JEANTY TO THE PSI REPORT

Vandamme Jeanty, by and through his undersigned counsel, hereby files his objections to the Presentence Investigation Report and states:

1.     Paragraph 18, page 6 of the PSI report states that the University of Miami had reason to believe that Jeanty himself cashed a $637.63 check that he reported stolen.

Mr. Jeanty objects to this paragraph.  He did not cash the stolen check.

2.     Paragraph 44, page 11 of the PSI report states, "Wesly Jeanty passed away in December, 2000 at the age of 28, after he was shot during an attempted robbery."

Mr. Jeanty wants to make it clear that his brother was the victim of an

attempted robbery when he was shot.

Respectfully submitted,

DAVID M. GARVIN, P.A.
Attorney for Vandamme V. Jeanty
1200 Brickell Avenue
Suite 1480
Miami, Florida 33131
Tel:  (305) 371-8101
Fax: (305) 371-8848

BY: _____
     DAVID M. GARVIN
     Florida Bar No.  347736

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was

furnished by U.S. Mail this ___26___ day of July, 2002, to:

Nancy Langston, AUSA
United States Attorneys Office
99 N.E. 4th Street
8th Floor
Miami, Florida 33132

Mercedes T. Sullivan
U.S. Probation Officer
Room 315, U.S. Courthouse
300 N.E. First Avenue
Miami, Florida 33132-2126

_____
DAVID M. GARVIN

C:\WP9\1293 07-26-02.OBJECTIONS TO PSI REPORT.WPD