UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____

02 JUL 30  PM 1: 24

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | CASE NO. 02-20070-CR-MOORE |
| VANDAMME V. JEANTY,<br>Defendant. | )<br>)<br>)<br>) | |
| _____ | ) | |

## STATEMENT OF VANDAMME V. JEANTY

I, Vandamme Jeanty, acknowledge that I voted in the November 7, 2000 election. At the time I was not a citizen of the United States and I should not have voted. I am sorry for my behavior and I accept full responsibility for my actions. I would like to apologize to the Government for the problems I have caused.

Sincerely,

VANDAMME V. JEANTY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was

furnished by U.S. Mail this _26_ day of July, 2002, to:

> Nancy Langston, AUSA
> United States Attorneys Office
> 99 N.E. 4th Street
> 8th Floor
> Miami, Florida 33132
>
> Mercedes T. Sullivan
> U.S. Probation Officer
> Room 315, U.S. Courthouse
> 300 N.E. First Avenue
> Miami, Florida 33132-2126

_____
DAVID M. GARVIN