## SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DEFENDANT _Vandamme V. Jeanty_   CASE # _02-20070-CR-Moore_

Clerk _Susan Rex_   JUDGE _Moore_

Reporter _Jelly Ried_   DATE _8-5-02_

AUSA _Nancy Hodgston_   Deft. Counsel _David Garvin_

DEFENDANT FOUND GUILTY AS TO COUNTS_____

COUNTS DISMISSED_____

_____Deft. failed to appear - warrant to issue.  Bond Forfeited.

_____Sentencing cont'd until ___/___/___   at _____am / pm

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Comments_____

FILED by _____ D.C.

AUG 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Supervised Release_____

_____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1/4 |
| | | | |

Comments _Spec. conds._

Assessment $ _100.00_   Fine $_____

Restitution / ~~other~~ _$26,000.00_

### CUSTODY

_____ Remanded to U.S. Marshal   ____Release bond pend appeal

_____ Voluntary Surrender to (designated institution or US

Marshal) on ___/___/___.

_____ Commitment recommendation:_____

(rev. 12/91)