

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case No. C2-CR-20070-MOORE |
| | ) | |
| v. | ) | MOTION FOR DISBURSEMENT OF BOND |
| | ) | |
| VANDAMME Jeonty | ) | |
| Defendant | ) | |
| | ) | |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Wilda Barthelemy in the amount of $2500 plus any accrued interest be refunded to:

Wilda Barthelemy  19000 NW 27th Ave Apt.165, Opa Locka, FL 33056

(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

**(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)**

_____
(Petitioner or Attorney)

Consented to by:

_____, Assistant U.S. Attorney
ELIZABETH RUF STEIN

## ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Miami, Florida, this 24th day of October, 20 02

_____
UNITED STATES DISTRICT JUDGE

c:    U.S. Attorney
      Petitioner/Counsel of Record
      Financial Deputy Clerk (w/original W-8 or W-9)