PROB 12B                                                          SD/FL PACTS No. 71598
(SD/FL 9/96)

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:02CR20070-001-MOORE

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)


Name of Offender: Vandamme V. Jeanty

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, U.S. District Judge

Date of Original Sentence: August 5, 2002

Original Offense:     Alien voting in a national election, in violation of Title 18, U.S. C. Section 611, A
                      Class A Misdemeanor.

Original Sentence:    Three(3) years probation; $100.00 Special Assessment; Restitution $26,000.00;
                      Special Condition: At the completion of the defendant's term of imprisonment, the
                      defendant shall be surrendered to the custody of the INS for removal proceedings
                      consistent with the Immigration and Nationality Act. If removed, the defendant shall
                      not reenter the U.S. without the written permission of the Attorney General of the
                      U.S. Should the defendant be removed, the term of probation/supervised release
                      shall be non-reporting while the defendant is residing outside the U.S. If the
                      defendant reenters the U.S. within the term of probation/supervised release, he is to
                      report to the nearest U.S. Probation Office within 72 hours of his arrival.

Type of Supervision: Probation                    Date Supervision Commenced: August 5, 2002

## PETITIONING THE COURT

[]     To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:


**The defendant shall pay restitution at the rate of $25.00 per month until
such time as the court may alter that payment schedule in the interests of justice.
The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of
restitution and report to the court any material change in the defendant's ability to
pay.**

PROB 12B                                                    SD/FL PACTS No. 71598
(SD/FL 9/96)

Name of Offender: Vandamme Jeanty                CASE NO. 02-20070-CR-MOORE

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on his restitution balance. The defendant's family choose not to provide their monthly household income and expenses. Additionally, the defendant is an illegal alien, and has no authorization to work. However, he reported his family will provide him with $25.00 per month to be applied towards his financial obligation. The defendant has agreed to begin payment of $25.00 per month commencing on December 5, 2002 and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action modifying the conditions of probation as indicated above.

Respectfully submitted,

by

Yoland B.-La France
U.S. Probation Officer
Phone: (305)808-6413
Date: January 29, 2003

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons


_____
Signature of Judicial Officer


_____2/4/03_____
                        Date