PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 71598

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:02CR20070-001-MOORE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _CS_ D.C.
_Prob._

SEP 07 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Name of Offender: JEANTY, Vandamme V.

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, U.S. District Judge

Date of Original Sentence: August 5, 2002

Original Offense: Alien voting in a national election, 18 U.S.C. § 611, a Class A Misdemeanor.

Original Sentence: Three years probation, $26,000 restitution and a $100 special assessment. Special Conditions include: At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the INS for removal proceedings consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the U.S. without the written permission of the Attorney General of the U.S. **Should the defendant** be removed, the term of probation shall be non-reporting while the defendant is residing outside the U.S. If the defendant reenters the U.S. within the term of probation, he is to report to the nearest U.S. Probation Office within 72 hours of his arrival.

February 4, 2003: Supervision modified to include restitution at the rate of $25.00 per month.

March 28, 2003: Supervision modified to include 50 hours of community service

Type of Supervision: Probation                    Date Supervision Commenced: August 5, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program for up to 120 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $3.47 each day.**

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 71598

**PAGE 2 OF 2   NAME OF OFFENDER: JEANTY, VANDAMME          CASE NO. 02-20070-CR-MOORE**

## CAUSE

**Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about April 5, 2004, the probationer was arrested and charged with Carrying a Concealed Firearm and Loitering and Prowling.

The defendant admitted to the above arrest, however, denied any wrongdoing. On May 3, 2004, a disposition of "No Information" was returned. This officer discussed the aforementioned violation with Mr. Jeanty, who agreed to the modification of 120 days of home confinement. He has been warned that any further violation behavior may result in revocation of his supervision.

Respectfully submitted,

by          R. Kelly

R. Kelly Cutright
U.S. Probation Officer
(305) 808-6422
Date: August 17, 2004

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[ ]     The Modification of Conditions as Noted Above
[X]     Submit a Request for   Warrant or   Summons

_____
Signature of Judicial Officer

8/17/04
_____
Date