PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 71598



FILED by _____ D.C.

OCT 06 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:02CR20070-01-MOORE**

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: JEANTY, Vandamme V.

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, U.S. District Judge

Date of Original Sentence: August 5, 2002

Original Offense:  Alien voting in a national election, in violation of 18 U.S.C. § 611, a Class A Misdemeanor.

| | |
|---|---|
| Original Sentence: | Three years probation, $100 special assessment, $26,000 restitution; Special Conditions: At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the INS for removal proceedings consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the U.S. without the written permission of the Attorney General of the U.S.  **Should the defendant** be removed, the term of probation/supervised release **shall be non-reporting** while the defendant is residing outside the U.S.  If the **defendant reenters the U.S.** within the term of probation/supervised release, he is to report to the nearest U.S. Probation Office within 72 hours of his arrival. |

February 4, 2003: Supervision modified to include restitution at the rate of $25.00 per month.

March 28, 2003: Supervision modified to include 50 hours of community service.

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: August 5, 2002 |
| Assistant U.S. Attorney | Defense Attorney |
| Nancy L. Langston, AUSA | David Michael Garvin, Attorney-at-Law |

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 71598

**PAGE 2**      **NAME OF OFFENDER: JEANTY, VANDAMME**      **CASE # 02-20070-CR-MOORE**

<u>Violation Number</u>                  <u>Nature of Noncompliance</u>

1.                                  **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 5, 2004, in Broward County, Florida, the probationer was arrested and charged with Carrying a Concealed Firearm and Loitering and Prowling.

U.S. Probation Officer Recommendation:

    []      The term of supervision should be
        []      revoked.
        []      extended for _ years, for a total term of _ years.

    [X]      The conditions of supervision should be modified as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program for up to 120 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $3.47 each day.**

Respectfully submitted,

by

R. Kelly Cutright
U.S. Probation Officer
Phone: (305) 808-6422
Date: September 22, 2004

**THE COURT ORDERS**

[ ]      No Action
[ ]      The Issuance of a Warrant
[X]      The Issuance of a Summons
[ ]      Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

10/4/14
Date