UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20070-CR-MOORE

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

VANDAMME JEANTY
#68235-004,

        Defendant(s).

_____/

| FILED by ___R.G.___ D.C. |
|---|
| Jan. ___6___, 2005 |
| CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. |

## ORDER REVOKING SUPERVISED RELEASE

THIS CAUSE came before the Court for hearing on January 6, 2005, on a violation of supervised release.

The Court having considered the record and having heard argument of counsel, it is

ORDERED AND ADJUDGED that the Defendant's sentence of supervised release is hereby **REVOKED,** and the Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TWELVE (12) MONTHS.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of January, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Nancy Langston, AUSA, Miami
William Barzee, AFPD
Kelly Cutright, USPO, Biscayne Office (1 cert copy)
U. S. Marshals, (3 cert copies)